J. MICHAEL HIGGINBOTHAM - CA State Bar #61499
JUAN C. ARANEDA - CA State Bar #213041
LONG & LEVIT LLP
465 California Street, Suite 500
San Francisco, CA 94104
TEL: (415) 397-2222   FAX: (415) 397-6392
mhigginbotham@longlevit.com
jaraneda@longlevit.com

Attorneys for Defendant
HELLER-MANUS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| PATRICIA FAGUNDES,<br><br>            Plaintiff,<br><br>vs.<br><br>CHARTER BUILDERS, INC., a Texas Corporation doing business in California as CALCHART CONSTRUCTORS, INC.; CARRASCO & ASSOCIATES, a California Professional Corporation; HELLER-MANUS, INC., a California Professional Corporation; ARMAX CORP., a California Corporation; and DOMIZILE HOMEOWNERS ASSOCIATION, a California non-profit corporation,<br><br>            Defendant. | CASE No. C07-01111 JF<br><br>**STIPULATION TO EXTEND TIME TO ANSWER OR OTHERWISE RESPOND TO THE COMPLAINT** |

Pursuant to Local Rule 6-1(a), Plaintiff Patricia Fagundes and Defendant Heller-Manus, Inc., stipulate that Defendant Heller-Manus may have through April 23, 2007, to file an answer or otherwise respond to the complaint in this action.

IT IS SO STIPULATED:

RELMAN & DANE PLLC                           LONG & LEVIT LLP


By /s/ D. Scott Chang (e-filing signature)     By /s/ Juan C. Araneda (e-filing signature)
   D. SCOTT CHANG                                 JUAN C. ARANEDA
   Attorneys for Plaintiff                        Attorneys for Defendant
   PATRICIA FAGUNDES                              HELLER-MANUS, INC.

LONG & LEVIT LLP
465 CALIFORNIA STREET
SUITE 500
SAN FRANCISCO
CALIFORNIA 94104
(415) 397-2222

1

STIPULATION TO EXTEND TIME TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT
(No. C07-01111 JF (RS))

1  I, Juan C. Araneda, am the ECF User whose ID and password are being used to file this Stipulation to Extend Time to Answer or Otherwise Respond to the Complaint. In compliance with General Order 45, X.B., I hereby attest that attorneys for Plaintiff, RELMAN & DANE PLLC, have concurred in this filing

Dated: April 5, 2007                    LONG & LEVIT LLP

                                        By   /s/ Juan C. Araneda (e-filing signature)
                                             JUAN C. ARANEDA
                                             Attorneys for Defendant
                                             HELLER-MANUS, INC.

DOCS\S7854-013\531881.V1

LONG & LEVIT LLP
465 CALIFORNIA STREET
SUITE 500
SAN FRANCISCO
CALIFORNIA 94104
(415) 397-2222

2

STIPULATION TO EXTEND TIME TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT
(No. C07-01111 JF (RS))