**E-filed 5/11/07**

1  D. SCOTT CHANG # 146403
   RELMAN & DANE, PLLC
2  1225 19th Street, NW
   Suite 600
3  Washington DC 20036-2456
   Telephone: (202) 728-1888
4  Facsimile: (202) 728-0848
   schang@relmanlaw.com
5
   Attorneys for Plaintiff
6  Patricia Fagundes

7  J. MICHAEL HIGGINBOTHAM #61499
   JUAN C. ARANEDA #213041
8  LONG & LEVIT LLP
   465 California Street, Suite 500
9  San Francisco, California 94104
   Tel.: (415) 397-2222  Fax:(415) 397-6392
10 mhigginbotham@longlevit.com
   jaraneda@longlevit.com
11
   Attorney for Defendant
12 Heller-Manus Inc.

13 DANIEL E. ANGIUS #75708
   JULIE M. MOUSER #199794
14 KEVIN C. CANTY #228850
   ANGIUS & TERRY LLP
15 1990 N. California Blvd., Suite 950
   Walnut Creek, California 94596
16 Telephone: (925) 939-9933
   Facsimile: (925) 939-9934
17
   Attorney for Defendant
18 Domizile Homeowners Assoc.

19
20              UNITED STATES DISTRICT COURT
                NORTHERN DISTRICT OF CALIFORNIA
                      SAN JOSE DIVISION
21

22  _____        )  Case No. C-07-1111-JF (RS)
                                                  )
23  PATRICIA FAGUNDES,                            )  JOINT APPLICATION AND
                                                  )  STIPULATION TO EXTEND DATES
                        Plaintiff,                )  FOR INITIAL CASE
24                                                )  MANAGEMENT CONFERENCE
        vs.                                       )  AND ADR DEADLINES;
25                                                )  [~~PROPOSED~~] ORDER
                                                  )
26  CHARTER BUILDERS, INC.  et al.                )
                                                  )
27                      Defendants.               )
    _____        )
28

1  The parties to this action, by and through their respective counsel, hereby
2  jointly apply for and stipulate to continue the case management conference for an
3  additional 35 days until July 6, 2007 or the earliest date therafter convenient for the
4  court.  The case management conference is presently scheduled for June 1, 2007.
5  The parties also jointly apply for and stipulate to continue other case schedule
6  and ADR dates.  The parties apply for and stipulate that the last day to meet and confer
7  regarding initial disclosures, early settlement, ADR process selection and discovery
8  plan and the last day to file the Joint ADR Certification with Stipulation to ADR
9  Process or Notice of Need for ADR Phone Conference shall be 28 days before the date
10 of the case management conference.  The parties also apply for and stipulate that the
11 last day to complete initial disclosures or state objection in Rule 26(f) Report, file
12 Case Management Conference Statement and file and serve the Rule 26(f) Report shall
13 be seven (7) days before the date of the case management conference.
14 There is good cause to grant this joint application and stipulation because two
15 parties have not yet appeared in this action and another defendant has filed a motion to
16 dismiss:
17 (1) Defendant Domizile Homeowners Assn. has filed a motion to dismiss,
18 which is scheduled for hearing on June 15, 2007;
19 (2) Defendant Carrasco & Assoc. agreed to accept service and signed a waiver
20 of service of process.  Carassco & Assoc.'s responsive pleading is due May 23, 2007;
21 and
22 (3) Defendant Charter Builders, Inc. agreed to accept service and signed a
23 waiver of service of process.  Charter Builders, Inc.'s responsive pleading is due June
24 15, 2007.
25 //
26 //
27 //
28

```
 1                                    Respectfully submitted,

 2                                    RELMAN & DANE, PLLC
                                      1225 19th Street, NW
 3                                    Suite 600
                                      Washington DC 20036-2456
 4

 5
            Dated: May 10, 2007.
 6
                                          /s/ D. Scott Chang
 7                                         D. Scott Chang
                                         Attorneys for Plaintiff
 8                                         Patricia Fagundes

 9                                    LONG & LEVIT LLP
                                      465 California Street, Suite 500
10                                    San Francisco, California 94104

11

12
            Dated: May 9, 2007.
13

14                                     /s/ Juan C. Araneda (w/ permission)
                                          Juan C. Araneda
15                                      Attorneys for Defendant
                                          Heller-Manus, Inc.
16

17                                    ANGIUS & TERRY LLP
                                      1990 N. California Blvd., Suite 950
18                                    Walnut Creek, California 94596

19
            Dated: May 9, 2007.
20

21                                     /s/ Kevin C. Canty (w/permission)
                                          Kevin C. Canty
22                                      Attorneys for Defendant
                                       Domizile Homeowners Assoc.
23

24

25

26

27

28
```

-3-

JOINT APPLICATION AND STIPULATION TO EXTEND
DATE S FOR INITIAL CASE MANAGEMENT
CONFERENCE AND ADR DEADLINES; [PROPOSED]
ORDER; CASE NO. C-07-1111-JF

1                                             [PROPOSED] ORDER

2         Pursuant to the stipulation of counsel, and good cause appearing therefor, it is

3 hereby ordered that the case management conference in the above-referenced action

4 will be continued until ____July 6_____, 2007 at __10:30__.  The last day to meet

5 and confer regarding initial disclosures, early settlement, ADR process selection and

6 discovery plan and the last day to file the Joint ADR Certification with Stipulation to

7 ADR Process or Notice of Need for ADR Phone Conference shall be 28 days before the

8 date of the case management conference.  The last day to complete initial disclosures,

9 file the Case Management Conference Statement and file and serve the Rule 26(f)

10 Report shall be seven (7) days before the date of the case management conference.

11         Pursuant to stipulation, it is so ordered.

12         Dated: __May 11_____, 2007.

_____
Jeremy Fogel
United States District Judge

JOINT APPLICATION AND STIPULATION TO EXTEND
DATE S FOR INITIAL CASE MANAGEMENT
CONFERENCE AND ADR DEADLINES; [PROPOSED]
ORDER; CASE NO. C-07-1111-JF

-4-

1 | RE: Fagundes v. Domizile Homeowners' Ass'n, et al.
  | VENUE: USDC, Northern Distrcit, San Jose Division
2 | CASE NO.: C07-0111JF

3 **PROOF OF SERVICE**

DISTRICT OF COLUMBIA

4

5     I am employed in the District of Columbia. I am over the age of 18 and not a party to the within action. My business address is 1225 19th St. NW, Suite 600, Washington, DC 20036.

6

    On May 10, 2007, I served the following document described as
7 JOINT APPLICATION AND STIPULATION TO EXTEND DATES FOR INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES; [PROPOSED]
8 ORDER on all of the interested parties in this action by placing [X] a true copy [ ] the original thereof enclosed in sealed envelopes addressed as stated below.

9

Juan Carlos Araneda
10 J. Michael Higginbotham
Long & Levit LLP
11 465 California Street, Fifth Floor
San Francisco, CA 94104

12

Kevin Charles Canty
13 Angius & Terry LLP
1990 N California Blvd Suite 950
14 PO Box 8077
Walnut Creek, CA 94596

15

[X] (BY MAIL, 1013a, 2015.5 C.C.P.)
16

    [ ]    I deposited such envelope in the mail at Washington, D.C. The envelope
17 was mailed with postage thereon fully prepaid.
    [X]    I am readily familiar with the firm's practice for collection and
18 processing correspondence for mailing. Under that practice, this document will be deposited with the U.S. Postal Service on this date with postage thereon fully prepaid
19 at Washington, D.C. in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage
20 meter date is more than one day after date of deposit for mailing in affidavit.

21 [X]    (FEDERAL) I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.
22

    Executed on May 10, 2007, at Washington, D.C.
23

                              _/s/_____
24                                   Carlee Hobbs

25

26

27

28

JOINT APPLICATION AND STIPULATION TO EXTEND DATE S FOR INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES; [PROPOSED] ORDER; CASE NO. C-07-1111-JF

-5-