**E-Filed 6/4/2007**

NOT FOR CITATION

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| PATRICIA FAGUNDES,<br><br>                Plaintiff,<br><br>     v.<br><br>CHARTER BUILDERS, INC., et al.,<br><br>                Defendants. | Case Number C 07-1111 JF (RS)<br><br>ORDER[1] RE HEARING DATES<br><br>[re: docket no. 6, 18, 27] |

      Three motions to dismiss have been filed in this action. The motion of Defendant Domizile Homeowners Association ("Domizile") to dismiss the complaint currently is scheduled for hearing on June 15, 2007 ("Motion One"). Domizile's motion to dismiss the cross-claim of Heller-Manus, Inc. currently is scheduled for hearing on July 6, 2007 ("Motion Two"). The motion of Defendant Carrasco & Associates to dismiss the complaint currently is scheduled for hearing on July 13, 2007 ("Motion Three"). The Court concludes that all of the motions should be heard together on July 13, 2007 at 9.00 a.m. This order does not affect the briefing schedule

---

    [1] This disposition is not designated for publication and may not be cited.

Case No. C 07-1111 JF (RS)
ORDER RE HEARING DATES
(JFLC1)

1  with respect to Motion One; the reply to Plaintiff's opposition was due June 1, 2007.

2  Oppositions to Motions Two and Three shall be filed on or before June 22, 2007, and replies in

3  support of those motions shall be filed on or before June 29, 2007.

5  IT IS SO ORDERED.

7  DATED: June 4, 2007

   JEREMY FOGEL
   United States District Judge

Case No. C 07-1111 JF (RS)
ORDER RE HEARING DATES
(JFLC1)

1  This Order has been served upon the following persons:

| | |
|---|---|
| Juan Carlos Araneda | jaraneda@longlevit.com, mhigginbotham@longlevit.com; tkershaw@longlevit.com |
| Kevin Charles Canty | kcanty@angius-terry.com, cgomez@angius-terry.com |
| D. Scott Chang | schang@relmanlaw.com, chobbs@relmanlaw.com; ; egrigera@relmanlaw.com; ; mhahn@relmanlaw.com; ; wmiller@relmanlaw.com |
| J. Michael Higginbotham | mhigginbotham@longlevit.com, tkershaw@longlevit.com |
| Mark C. Russell | mrussell@gordonrees.com, apapina@gordonrees.com |
| Andrew M. Wolfe | awolfe@ropers.com, djackson@ropers.com; mmcpherson@ropers.com |

3

Case No. C 07-1111 JF (RS)
ORDER RE HEARING DATES
(JFLC1)