| | |
|---|---|
| D. SCOTT CHANG # 146403<br>RELMAN & DANE, PLLC<br>1225 19th Street, NW<br>Suite 600<br>Washington DC 20036-2456<br>Telephone: (202) 728-1888<br>Facsimile: (202) 728-0848<br>schang@relmanlaw.com<br><br>Attorneys for Plaintiff<br>PATRICIA FAGUNDES | DANIEL E. ANGIUS #75708<br>JULIE M. MOUSER #199794<br>KEVIN C. CANTY #228850<br>ANGIUS & TERRY LLP<br>1990 N. California Blvd., Suite 950<br>Walnut Creek CA 94596<br>Telephone: (925) 939-9933<br>Facsimile: (925) 939-9934<br><br>Attorneys for Defendant<br>DOMIZILE HOMEOWNERS ASSN. |

BRUCE N. FURUKAWA #157303
AUSTIN KENNEY #242277
abk@severson.com
SEVERSON & WERSON
One Embarcardero Center, Suite 2600
San Francisco CA 94111
Telephone: (415) 398-3344
Facsimile: (415) 956-439

Attorneys for Defendant
HELLER-MANUS INC.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| PATRICIA FAGUNDES,<br><br>                Plaintiff,<br><br>vs.<br><br>CHARTER BUILDERS, INC., et al.<br><br>                Defendants. | Case No. C-07-1111 JF (RS)<br><br>STIPULATION OF DISMISSAL OF DEFENDANT HELLER-MANUS INC. WITHOUT PREJUDICE<br> AND ORDER |

    Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, it is hereby stipulated by and between the parties to this action that defendant Heller-Manus, Inc. is dismissed without prejudice. This stipulation is not intended to prevent defendant Domizile Homeowners Association from Cross-Complaining against defendant Heller-Manus, Inc. or Charter Builders, Inc. and is entered into without prejudice to the

1 | Association's right to do so.

2 | Dated: December 14, 2007

By   /s/ D. Scott Chang
D. Scott Chang
RELMAN & DANE
1225 19TH Street NW
Suite 600
Washington DC 20036

Attorneys for Plaintiff
Patricia Fagundes

9 | Dated: December 17, 2007

By   /s/ Kevin C. Canty
Kevin C. Canty
ANGIUS & TERRY LLP
1990 N. California Blvd.
Suite 950
Walnut Creek CA 94596

Attorneys for Defendant
Domizile Homeowners Association

15 | Dated: December 14, 2007.

By   /s/ Bruce N. Furukawa
Bruce N. Furukawa
Austin B. Kenney
Severson & Werson
One Embarcardero Center
Suite 2600
San Francisco CA 94111

Attorneys for Defendant
Heller-Manus, Inc.

IT IS SO ORDERED.
12/20/07

*[signature]*

Judge Jeremy Fogel, US District Court

CERTIFICATE OF SERVICE
NORTHERN DISTRICT OF CALIFORNIA

I hereby certify that on December 18, 2007, a copy of Stipulation of Dismissal Without Prejudice of Defendant Heller-Manus, Inc. was electronically filed and by operation of the Court's ECF System was served upon the following by electronic mail:

Andrew McCreery Wolfe
Ropers, Majeski, Kohn & Bentley
201 Spear Street
Suite 1000
San Francisco, CA 94105
415/543-4800
Fax: 415/972-6301
Email: awolfe@ropers.com

Bruce Noboru Furukawa
Severson & Werson
One Embarcadero Center
26th Floor
San Francisco, CA 94111
415-677-5517
Fax: 415-956-0439
Email: bnf@severson.com

Kevin Charles Canty
Angius & Terry LLP
1990 N California Blvd
Suite 950
PO Box 8077
Walnut Creek, CA 94596
925-939-9933
Fax: 925-939-9934
Email: kcanty@angius-terry.com

                                              /s/ D. Scott Chang
                                                D. Scott Chang